**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>   v.<br><br>REAL WATER GOLD COAST, LLC, a company organized under the laws of California; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:25-cv-05900-MCS-E<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Case for Lack of Subject-Matter Jurisdiction, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: July 23, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE